TODD BLANCHE
Acting Attorney General
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
MARTIN J. MAYER
Special Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Martin.Mayer@usdoj.gov
*Attorneys for the Federal Respondents*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Minh Van Nguyen,

               Petitioner

v.

Pamela Bondi, *et.al.*,

               Respondents

Case No. 2:26-cv-00580-CDS-NJK

**Order Approving First Stipulation for Extension of Time for Federal Respondents to File a Response to the Amended Petition for Writ of Habeas Corpus (ECF No. 9) and Motion for Temporary Restraining Order (ECF No. 11)**

[ECF No. 13]

      Petitioner Minh Van Nguyen ("Petitioner") and Federal Respondents Pamela Bondi, Markwayne Mullin, Todd Lyons, Michael Bernacke and Kerri Ann Quihuis ("Federal Respondents"), through undersigned counsel, hereby submit this Stipulation for an extension of time for Federal Respondents to file a response to the Amended Petition for Writ of Habeas Corpus ("Petition"), ECF No. 9 and Motion for Temporary Restraining Order, ECF No. 11, extending the deadline from April 9, 2026, to April 16, 2026. Federal Respondents need this additional time to receive records and information from the Agency pertinent to the response. Federal Respondents conferred with Petitioner's counsel regarding an extension, and Petitioner's counsel agreed. This is the first request for an extension.

      Accordingly, the parties respectfully request that the Court approve this stipulation and extend the deadline for Federal Respondents to file a response to the Amended

Petition and Motion from April 9, 2026, to April 16, 2026. This request is made in good faith and not for the purpose of delay.

Respectfully submitted this 9th day of April 2026.

Rene L. Valladares
Federal Public Defender

TODD BLANCHE
Acting Attorney General
SIGAL CHATTAH
First Assistant United States Attorney

/s/Rohit Rajan
Rohit Rajan
Assistant Federal Public Defender
Arizona Bar No. 035023
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Rohit_Rajan@fd.org

/s/ Martin J. Mayer
MARTIN J. MAYER
Special Assistant United States Attorney

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: __April 10, 2026_____

Because Pamela Bondi is no longer the U.S. Attorney General, the Clerk of Court is kindly directed to substitute Todd Blanche, Acting Attorney General, in her place as the named respondent going forward.